**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YAIDELI ENRIQUEZ PEREZ,<br><br>Plaintiff(s),<br><br>-against-<br><br>CENTRAL PORTFOLIO CONTROL, INC.;<br>JH LIQUIDATING TRUST I; and JOHN<br>DOES 1-25,<br><br>Defendants. | Civil Case No.: 2:21-cv-14891 (ES)(AME)<br><br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Stipulation of Dismissal will be filed shortly.

Dated: October 13, 2022

/s/ Joseph K. Jones
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
Phone: (973) 227-5900
Fax: (973) 244-0019
jkj@legaljones.com

*Attorney for Plaintiff*